UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CABLEVISION SYSTEMS NEW YORK CITY
CORPORATION,

                      Plaintiff,

   - against -

PAUL CICERO, FRANCISCO GONZALEZ and
AUDREY LISCHINSKY,

                      Defendants.
------------------------------------------------------------x

99-CV-3190 (GBD) (MHD)   **SCANNED**

**SATISFACTION OF JUDGMENT
SOLELY AS TO DEFENDANT
PAUL CICERO**

# 02,0444

**WHEREAS**, Plaintiff commenced this action against three defendants, including defendant PAUL CICERO, for relief under the Communications Act of 1934, as amended, Title 47, United States Code, sections 553(a)(1) and 605(a); and

**WHEREAS**, on March 11, 2002, the Court entered Judgment against PAUL CICERO, in the amount of $11,867.75, which judgment was transcribed with the County Clerk of Bronx County, New York on April 23, 2002;

**WHEREAS**, Plaintiff being desirous to discharge said judgment because PAUL CICERO has fully satisfied the obligations to Plaintiff under said judgment; and

**ACKNOWLEDGED**, that defendant PAUL CICERO has fully satisfied said judgment, and said judgment may be discharged as having been satisfied, and the Clerk of the Court is hereby authorized and directed to make an entry of full and complete satisfaction on the docket of said judgment.

                                      LEFKOWITZ, HOGAN & CASSELL, LLP

                                      By: _____
                                          Michael D. Cassell, Esq. (MC-0236)
                                          500 North Broadway, Suite 153
                                          Jericho, New York 11753

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NASSAU   )

On the 22 day of July in the year 2009, before me, the undersigned, personally appeared Michael D. Cassell, Esq., a partner in the firm of Lefkowitz, Hogan & Cassell, LLP, attorneys for plaintiff, Cablevision Systems New York City Corporation, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

SHAUN K. HOGAN
Notary Public, State of New York
No. 02HO6051636
Qualified in Nassau County
Commission Expires December 4, 20 10

                                            _____
                                          Notary Public